## Shaughnessy *v.* Pittsburg, Appellant.

Argued April 19, 1902.  Appeal, No. 23, April T., 1902, by John Shaughnessy and Mary Ann, his wife, from judgment of C. P. No. 3, Allegheny Co., Aug. T., 1899, No. 531, on verdict for plaintiff in case of John Shaughnessy v. City of Pittsburg. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ.  Reversed.

OPINION BY RICE, P. J., July 10, 1902:

For the reasons given in No. 22, April term, 1902, the judgment in favor of said plaintiffs against the city of Pittsburg is reversed and a venire facias de novo, as to said plaintiffs and the city of Pittsburg, awarded.